In the Matter of FERRUCCIO A. VIVANTI, Deceased.— Motion granted so far as to dismiss the appeal, except from such parts of the decree as provide for the distribution to persons other than the appellant of the ten per cent share or portion of the remainder, principal and corpus of the estate which is directed to be paid to Rosie Vivanti upon the death of the widow of decedent, Ferruccio A. Vivanti, by the last will and testament of said decedent and the codicil thereto. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Arbitration between BILTMORE PICTURES INCORPORATION and BUCK JONES CORPORATION.— Motion to dismiss appeal denied. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ISADORE BRECHER v. 11 WEST 42ND ST., INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

BEN FELDMAN v. GLOBE CATERING Co., INC., Impleaded with MEYER J. FRIEDMAN.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

SAMUEL BECK v. VARICK ELECTRIC MANUFACTURING Co., INC., Impleaded, etc.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ETTA BECK v. VARICK ELECTRIC MANUFACTURING Co., INC., Impleaded, etc.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

JEROME TANENBAUM and Another v. HUGO BULOWA.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DURATION PRODUCTS CORPORATION v. PHILIP FREEMAN Co., INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

DURATION PRODUCTS CORPORATION v. PHILIP FREEMAN Co., INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

ESTHER SOLOMON v. PREFERRED ACCIDENT INSURANCE COMPANY OF NEW YORK.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

P. S. COLLINS & Co., INC., v. ABE ROSENBLUM CORPORATION.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

A. B. MURRAY Co., INC., v. LIDGERWOOD MANUFACTURING COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

FRENKEL & Co., INC., v. L'URBAINE FIRE INSURANCE COMPANY OF PARIS, FRANCE, Impleaded, etc.— Motions granted, questions certified. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

DAYTON E. SMITH v. EUGENE BOROSS.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.